**FIN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DARRYL F. SKRINE, JR., | ) | Case No. 20-18807 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**NOTICE OF MOTION**

TO: See attached list

PLEASE TAKE NOTICE that on **Wednesday, January 13, 2021, at 1:30 p.m.**, I will appear before the Honorable Judge Janet S. Baer, or any judge sitting in that judge's place, and present the **Trustee's Motion to Extend Time to Object to the Debtor's Discharge and Dischargeability of Debts** (the "**Motion**"), a copy of which is attached.

**This Motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the Motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com and enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and further information can also be found on Judge Baer's web page on the Court's website.

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the Motion in advance without a hearing.

| | |
|---|---|
| Dated: January 6, 2021 | Respectfully submitted, |
| Ronald R. Peterson (2188473) | RONALD R. PETERSON, not individually |
| JENNER & BLOCK LLP | but as chapter 7 trustee for the estate of Darryl |
| 353 N. Clark Street | F. Skrine, Jr. |
| Chicago, Illinois 60654-3456 | |
| PH:  312-923-2981 | By: */s/ Ronald R. Peterson* |
| FAX:  312-840-7381 | Counsel to the Trustee |

## CERTIFICATE OF SERVICE

I, Angela M. Allen, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on January 6, 2021.

*/s/ Angela M. Allen*

## SERVICE LIST

**In re Skrine**
20-18807

**Via ECF Notification:**

- **David E Cohen**    dcohen@fishercohen.com
- **Gordon E. Gouveia**    ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Ronald R Peterson**    rpeterson@jenner.com, rpeterson@ecf.axosfs.com; docketing@jenner.com

**Via United States Mail:**

Darryl F. Skrine, Jr.
900 West Hubbard Street
PH East
Chicago, IL 60642

South River Capital, LLC
Attn: James Plack, CEO
2661 Riva Road
Building 1000, Suite 1020
Annapolis, Maryland 21401

South River Capital, LLC
Attn: James Plack, CEO
1 Park Place, Suite 540
Annapolis, MD 21401

South River Capital, LLC
Attn: James Plack, Registered Agent
1500 Wild Cranberry Drive
Crownsville, MD 21032

Chase Auto Finance
Attn: Bankruptcy
PO Box 901076
Fort Worth, TX 76101

Mercedes-Benz Financial Services
Attn: Bankruptcy
PO Box 685
Roanoke, TX 76262

Southwest Credit Systems
4120 International Parkway #100
Carrolton, TX 75007

BMO Harris Bank
800 W. Washington St.
Chicago, IL 60607

Bank of America
4909 Savarese Circle
F11-908-01-50
Tampa, FL 33634

2

| | |
|---|---|
| Bank of America N.A.<br>PO Box 982284<br>El Paso, TX 79998 | SunTrust Bank now Truist Bank<br>P.O. Box 85092<br>Richmond, VA 23286 |
| JPMorgan Chase Bank NA<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane Floor 01<br>Monroe, LA 71203 | Verizon<br>Verizon Wireless BK Admin<br>500 Technology Dr. Ste 550<br>Weldon Springs, MO 63304 |
| Mark Fisher<br>900 West Hubbard Street<br>Chicago, IL 60642 | Verizon<br>By American Infosource as Agent<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118 |
| Northwestern Medicine Prentice Women<br>250 E Superior Street<br>Chicago, IL 60611 | Office of the U.S. Trustee, Region 11<br>219 S. Dearborn Street, Room 873<br>Chicago, IL 60604 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DARRYL F. SKRINE, JR., | ) | Case No. 20-18807 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**TRUSTEE'S MOTION TO EXTEND TIME
TO OBJECT TO DEBTOR'S DISCHARGE AND DISCHARGEABILITY OF DEBTS**

Ronald R. Peterson, not individually but solely as chapter 7 trustee (the "**Trustee**") for Darryl F. Skrine, Jr. (the "**Debtor**"), respectfully moves (the "**Motion**") for entry of an Order, pursuant to section 727(c)(1) of the Bankruptcy Code and Bankruptcy Rules 4004(b) and 4007(c), extending the deadline to file complaints objecting to the Debtor's discharge and/or the dischargeability of debts, and states:

**JURISDICTION AND AUTHORITY**

1. This Court has jurisdiction over this matter under 28 U.S.C. § 1334(b). Venue is proper under 28 U.S.C. § 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2) and the Court has authority to enter a final order on this Motion. Even if the Court did not have such authority, the Trustee consents to the entry of a final order on this Motion.

2. The relief requested in this Motion is appropriate under section 727(c)(1) of the Bankruptcy Code and Bankruptcy Rules 4004(b) and 4007(c).

**BACKGROUND**

3. On October 16, 2020, the Debtor—an active NFL football player—filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the above-captioned case. Thereafter, Ronald R. Peterson was appointed chapter 7 trustee.

4. Based on the information provided in the Debtor's petition and early conversations with counsel for the Debtor, the Trustee filed an initial report of assets to be administered for the benefit of creditors. (Dkt 11.)

5. Since his appointment, the Trustee and his counsel have been investigating the financial affairs of the Debtor and have determined that the Trustee requires additional time to properly evaluate the Debtor's assets, liabilities, and financial affairs.

6. On December 14, 2020, creditor Balanced Bridge Funding, LLC ("**BBF**") moved to dismiss or convert the Debtor's chapter 7 case (Dkt. 14) and filed an adversary proceeding (Adv. No. 20-00416) seeking an injunction restraining the Debtor from spending, transferring or otherwise dissipating his post-petition earnings and requiring the Debtor to account for and turn over his post-petition earnings to the Trustee (Dkt. 51). On December 21, 2020, the Court entered a temporary restraining order to such effect (*see* Adv. Dkt. 15). The parties are currently negotiating the final form of a preliminary injunction containing substantially similar turnover and accounting requirements.

7. On December 22, 2020, the United States Trustee moved to convert the Debtor's chapter 7 case to a case under chapter 11 of the Bankruptcy Code and for the appointment of a chapter 11 trustee (Dkt. 57).

8. Currently, the last day for the Trustee to object to the Debtor's discharge or the dischargeability of the Debtor's debts is January 19, 2021.

**RELIEF REQUESTED**

9. By this Motion, the Trustee seeks an extension of the deadlines to file a complaint objecting to the Debtor's discharge under section 727 of the Bankruptcy Code and to dischargeability of his debts under section 523 of the Bankruptcy Code until March 22, 2021.

**BASIS FOR RELIEF REQUESTED**

10. Section 727(c)(1) of the Bankruptcy Code authorizes a trustee to object to the granting of a debtor's discharge. *See* 11 U.S.C. 727(c)(1). Under Federal Rule of Bankruptcy Procedure 4004(a), the deadline to object to discharge is 60 days after the first date set for the section 341(a) meeting of creditors. *See* Fed. R. Bankr. P. 4004(a). On motion of any party in interest, after notice and a hearing, the court may for cause extend the time to object to discharge so long as the motion is filed before the deadline has expired. *See* Fed. R. Bankr. P. 4004(b). Federal Rule of Bankruptcy Procedure 4007(a) authorizes a debtor or any creditor to file a complaint to obtain a determination of the dischargeability of any debt under section 523 of the Bankruptcy Code. *See* Fed. R. Bankr. P. 4007(a); *see also* 11 U.S.C. § 523(c).

11. Here, cause exists to extend the deadlines to object to discharge and dischargeability to March 22, 2021.

12. First, the Debtor's path forward in bankruptcy is currently in flux pending the resolution of BBF and the U.S. Trustee's respective motions to dismiss and/or convert his chapter 7 case. To avoid duplicating the efforts of creditors, the U.S. Trustee, and their respective counsel, the Trustee believes it is in the best interest of all stakeholders to await the resolution of these motions before fully ramping up his investigation.

13. Second, the Trustee understands that, before filing for bankruptcy, the Debtor engaged in numerous significant financial transactions—including extensive trading of cryptocurrency futures contracts—through which the Debtor lost substantial assets and incurred substantial liabilities. Contemporaneously with this Motion, the Trustee is seeking authority to retain Charles River Associates to assist him in reviewing these transactions. The requested

3

extension will allow the Trustee and CRA additional time to evaluate whether the Debtor's pre-petition transactions warrant an objection to discharge.

14. Finally, the complexity of this case is further amplified by the fact that—commensurate with his status as a professional athlete—the Debtor's assets and liabilities exceed that of the typical individual chapter 7 debtor.

15. Accordingly, the Trustee respectfully submits that cause exists for the requested extensions.

16. Pursuant to Bankruptcy Rules 4004(b) and 4007(c), the Trustee has filed this Motion prior to the expiration of the current deadline to file a complaint objecting to the Debtor's discharge and/or the dischargeability of certain debts.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

A. Extending the deadlines to file a complaint objecting to the Debtor's discharge under Section 727 of the Bankruptcy Code and to dischargeability of his debts under Section 523 of the Bankruptcy Code until March 22, 2021; and

B. Granting such other and further relief as this Court deems just.

| | |
|---|---|
| Dated: January 6, 2021 | Respectfully submitted, |
| Ronald R. Peterson (2188473)<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, Illinois  60654-3456<br>PH:   312-923-2981<br>FAX:  312-840-7381 | RONALD R. PETERSON, not individually but as chapter 7 trustee for the estate of Darryl F. Skrine, Jr.<br><br>By: */s/ Ronald R. Peterson*<br>       Counsel to the Trustee |