UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  Case Number: 20-18807
 )
DARRYL F. SKRINE, JR.,  )
 )  Chapter: 7
 )
 )  Honorable Janet S. Baer
 )
Debtor(s)  )

ORDER GRANTING MOTION OF SOUTH RIVER CAPITAL, LLC TO EXTEND TIME FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523 AND/OR COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727

This matter coming to be heard on South River Capital, LLC's Motion to Extend Time for Filing Complaint to Determine Dischargeability of Debtor Pursuant to 11 U.S.C. § 523 and/or Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 (the "Motion"); due and proper notice of the Motion having been provided; and there being good cause to grant the relief requested therein; IT IS HEREBY ORDERED:

1. The Motion is granted, as provided herein.

2. The deadline for South River Capital, LLC to file a complaint objecting to the Debtor's discharge and/or challenging the dischargeability of debts owed by the Debtor to South River Capital, LLC is hereby extended to March 22, 2021.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 13, 2021

Prepared by:
Jerry L. Switzer, Jr. (ARDC #6210229)
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
(312) 819-1900 – Telephone
(312) 819-1910 – Facsimile
jswitzer@polsinelli.com